JS-6

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA— SOUTHERN DIVISION

| | |
|---|---|
| ANDREW WYNAUGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF D. SCOTT CARRUTHERS; and DOES 1-10,<br><br>Defendants. | Case No.: 8:14-cv-01810-JVS-AN<br><br>**COURT ORDER AS TO JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint motion, this matter is dismissed, with prejudice. Therefore, all pending dates and deadlines are vacated accordingly.

DATED: July 07, 2015

_____
The Honorable Judge of the
U.S. District Court

---

**[PROPOSED] COURT ORDER AS TO JOINT MOTION FOR DISMISSAL**